**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13–cv–01587–RM–KMT

AMANDA WALKER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER RE STIPULATION TO DISMISS CLAIMS WITH PREJUDICE (ECF No. 16)**

---

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss Claims with Prejudice (ECF No. 16), and the Court, being fully advised in the premises, hereby ORDERS as follows: Plaintiff Amanda Walker's claims against Defendant State Farm are dismissed with prejudice, with each party to pay her/ its own attorneys' fees and costs. This case is now terminated in its entirety.

DATED this 4th day of September, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge